**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | ) | |
| **VS.** | ) | **Criminal No. 1:26-cr-10244** |
| **YUPENG SUN,** Defendant | ) | |

**APPEARANCE OF COUNSEL**

Please enter my appearance as counsel for Yupeng Sun, the defendant in the above-entitled action.

Respectfully Submitted,

/s/ *Greg L. Johnson*
Greg L. Johnson
Yannetti | Johnson, PLLC
44 School St., #200A
Boston, MA 02108
(617) 338-6006
greg@yannettijohnson.com
BBO# 664279

Dated: September 9, 2026

**Certificate of Service**

I, Greg L. Johnson, hereby certify that on September 9, 2026, I caused a true copy of the foregoing appearance to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

/s/ *Greg L. Johnson*
Greg L. Johnson