UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 26-cr-10244-FDS |
| | ) | |
| YUPENG SUN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

I, Greg A. Friedholm, hereby enter my appearance as co-counsel on behalf of defendant Yupeng Sun in this matter.

Respectfully submitted,
Yupeng Sun,
By his attorney,

Greg Friedholm

Greg A. Friedholm
BBO No. 644983
Friedholm Law LLC
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 801-9943
greg@friedholmlaw.com

Date: September 9, 2026

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be served electronically to all registered parties as identified on the Notice of Electronic Filing (NEF).

Greg Friedholm
Greg A. Friedholm

Date: September 9, 2026