# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v. CASE NUMBER: 26-CR-10244-FDS

YUPENG SUN

**DEFENDANT'S WAIVER OF APPEARANCE**

I, YUPENG SUN, the above named defendant, acknowledge that I have been advised by my lawyer and the Court-by this form-that pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the absolute right to be personally present in open court to be arraigned (that is, advised of the charges against me), and have the indictment read to me in open court. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment and my right to have the indictment read to me in open court. I have received a copy of the indictment and I have discussed the charges contained in the indictment and the waiver of appearance at arraignment with my attorney. I fully understand the nature of the offenses charged against me and the right to appear at arraignment. As evidenced by my signature affixed below, I do hereby waive formal arraignment and enter my plea of **NOT GUILTY** to the indictment.

This 15th day of SEPTEMBER, 2026.

[signature]
SIGNATURE (Attorney for Defendant)

yupeng Sun
SIGNATURE (Defendant)

**INFORMATION BELOW MUST BE TYPED OR PRINTED**

GREG FRIEDHOLM
Name (Attorney for Defendant)

YUPENG SUN
Name (Defendant)

ANDOVER, MA
City and State

A COPY OF THE FORM WAS READ TO THE DEFENDANT IN HIS NATIVE LANGUAGE, MANDARIN.

[signature] 9/15/26